UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

HARIS HERGIC

CASE NO.:3:22-bk-00150-BAJ

Debtor(s).
_____/

## DEBTOR'S MOTION TO CONVERT TO CHAPTER 7 CASE

HARIS HERGIC, pursuant to 11 U.S.C. § 1307(a), files this Motion to Convert the pending Chapter 13 Case to a Chapter 7 Case. The Debtor would show that he is unable to continue the payments in the Chapter 13 Plan due to his drivers no longer making the lease payment for the leased vehicles.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to Douglas W. Neway, Chapter 13 Trustee and all interested parties per the attached matrix by CM/ECF filing and/or First Class United States Mail, this 19 day of October, 2022.

Law Offices of Mickler & Mickler, LLP

By: /s/ Bryan K. Mickler
Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
bkmickler@planlaw.com

Consent:_____
HARIS HERGIC